PROB 12B
(Rev. 09/03)

**UNITED STATES DISTRICT COURT**

**for**

**DISTRICT OF OREGON**

**PETITION AND ORDER FOR MODIFICATION OF CONDITIONS OF SUPERVISED RELEASE**

U.S.A. vs. Neta Mangum

Docket No. CR 06-131-01-BR

FILED'09 MAY 5 12:12USDC-ORP

**Petition on Probation and Supervised Release**

COMES NOW RENE WORTHEY, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Neta Mangum, who was placed on supervision by The Honorable Anna J. Brown sitting in the court at Portland, Oregon, on the 21 day of November, 2006, who fixed the period of supervision at 5 years,* and imposed the general terms and conditions theretofore adopted by the court.

*The term of supervised release is scheduled to commence on June 6, 2009.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mangum's supervised release is scheduled to commence on June 6, 2009. At this time she does not have an approved release residence. Mangum has an extensive substance abuse history which has included the abuse of alcohol since sixth grade. Finally, Mangum has been diagnosed as suffering from Schizophrenia and is currently prescribed an anti-psychotic, Geodan, and an anti-depressant, Doxepin, to address the symptoms of that mental health disorder. Mangum has signed the attached Waiver of Hearing Form agreeing to modify the conditions of supervision to include the conditions as noted below.

**PRAYING THAT THE COURT WILL ORDER** upon consideration of factors set forth in 18 USC § 3553(a), 1) that defendant shall reside in and satisfactorily participate in a residential re-entry center to include a prerelease component, if determined appropriate by the residential re-entry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential re-entry center manager and the U.S. Probation Officer. It is further ordered that all subsistence fees be waived by the Bureau of Prisons, 2) As directed by the probation officer, the defendant shall take psychotropic medication, if medically approved, for the treatment of a mental or emotional disorder, 3) The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale.

Respectfully,

_/s/ René Worthey_
René Worthey
Senior U.S. Probation Officer

Place: Portland, Oregon

Date: May 4, 2009

**ORDER OF THE COURT**

Considered and ordered this 4th day of May, 2009, and ordered filed and made a part of the records in the above case.

_/s/ Anna J. Brown_
The Honorable Anna J. Brown
U.S. District Judge

Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**1) As directed by the probation officer, the defendant shall take psychotropic medication, if medically approved, for the treatment of a mental or emotional disorder.**

**2) The defendant shall not possess or consume alcohol or enter an establishment where alcohol is the primary item for sale.**

**3) The defendant shall reside in and satisfactorily participate in a residential re-entry center to include a prerelease component, if determined appropriate by the residential re-entry center manager and the U.S. Probation Officer, for up to 120 days or until discharged by the residential re-entry center manager and the U.S. Probation Officer.**

Witness: _[signature]_
U.S. Probation Officer

Signed: _[signature]_
Neta Mangum
Probationer or Supervised Releasee

Date: 4/28/09